UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY HELM and
LINDA HELM,

    Plaintiffs,                              Case No. 15-cv-12394
                                                   Hon. Matthew F. Leitman

v.

FREEDOM MORTGAGE CORPORATION and
LOANCARE, LLC,

    Defendants.
_____/

**<u>ORDER (1) REQUIRING SERVICE OF SUSPENSION ORDER AND (2) REQUIRING IN PERSON ATTENDANCE AT STATUS CONFERENCE</u>**

By written order dated June 21, 2017, Chief Judge Denise Page Hood suspended attorney David G. Lutz from the practice of law before this Court for a period of 18 months (the "Suspension Order"). *See In Re David Lutz*, Case No. 17-mc-50860 (E.D. Mich.), at ECF #1. Given Lutz's suspension, it is no longer appropriate for him to remain as counsel for Plaintiffs Rodney and Linda Helm in this action.

Accordingly, **IT IS HEREBY ORDERED** that:

(1) Lutz shall serve a copy of the Suspension Order on Plaintiffs by First Class Mail by no later than August 25, 2017.

(2) The following individuals shall **personally appear** for a status conference before this Court on **Wednesday, September 27, 2017**

1

**at 10:30 a.m.**: Rodney Helm, Linda Helm, David Lutz, and counsel for the Defendants. The status conference will be held in Room 127 of the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan. At this status conference, the Court will discuss with Plaintiffs their options for representation by counsel or self-representation moving forward in this action.

(3) Lutz shall serve a copy of this order on Plaintiffs by First Class Mail by no later than August 25, 2017.

(4) Lutz shall e-file a Certificate of Service with this Court by no later than August 25, 2017, certifying that he has served Plaintiffs with copies of the Suspension Order and this Order as set forth above.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 22, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 22, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2