UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY HELM and
LINDY HELM,

    Plaintiffs,

v.

Case No. 15-cv-12394
Hon. Matthew F. Leitman

FREEDOM MORTGAGE CORPORATION and
LOANCARE, LLC,

    Defendants.

_____/

## ORDER TERMINATING APPEARANCE OF ATTORNEY DAVID G. LUTZ AND CONCERNING NEXT STEPS IN LITIGATION

Plaintiffs Rodney and Lindy Helm ("Plaintiffs") are represented by David G. Lutz ("Lutz") in this action. By written order dated June 21, 2017, Chief Judge Denise Page Hood suspended Lutz from the practice of law before this Court for a period of 18 months. *See In Re David Lutz*, Case No. 17-mc-50860 (E.D. Mich.), at ECF #1. Given Lutz's suspension, it is no longer appropriate for him to remain as counsel for Plaintiffs in this action. On September 27, 2017, the Court held a status conference that was attended by Lindy Helm, David Lutz, and counsel for the Defendants.

As discussed on the record at the conference, **IT IS HEREBY ORDERED** that:

    (1) The appearance of David G. Lutz in this action is terminated.

1

(2) By not later than November 9, 2017, Plaintiffs Rodney and Lindy Helm shall either (a) have new counsel file an appearance on their behalf or (b) inform the Court that they will represent themselves. If Plaintiffs choose to represent themselves, they shall inform the Clerk of the Court by letter to 231 W. Lafayette Blvd., Detroit, MI 48226.

(3) Plaintiffs are advised that failure to comply with paragraph (2) above may result in dismissal of this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 10, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764